IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:89-cr-01007-MP

JACQUE EMOND,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 749, First Motion to Dismiss Filed by Plaintiff USA as to Jacque Emond. The Drug Enforcement Administration (DEA) has been unable to locate this defendant in the past twenty years and he is believed to be outside the United States. The DEA has further advised that if defendant Jacque Emond were to be apprehended, there is insufficient evidence, due to the age of the case and unavailability of witnesses, to proceed to trial. Based upon the DEA's representations, Government counsel has concluded that there is no reasonable likelihood of a successful prosecution on the merits, and requests that the charges against this defendant be dismissed. The Court agrees, and it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Motion to Dismiss is GRANTED.

    2.    The Indictment is DISMISSED against the above named defendant.

    **DONE AND ORDERED** this  *5th*  day of January, 2011

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge